```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3            CASE NO.:  1:21-20109-CR-JLK-1

 4
    UNITED STATES OF AMERICA
 5                                    Davie, Florida

 6         vs.                        May 4, 2021
                                      Tuesday
 7
    JIHAD MOHAMMED ALI,
 8  a/k/a, "Abu Dujanah,"            Scheduled for 1:00 p.m.
                                     1:29 p.m. to 2:09 p.m.
 9
                                     Pages 1 - 39
10
    -----------------------------------------------------------
11
                         CHANGE OF PLEA
12
            BEFORE THE HONORABLE JACQUELINE BECERRA
13               UNITED STATES MAGISTRATE JUDGE

14
    APPEARANCES (VIA ZOOM):
15

16  ON BEHALF OF GOVERNMENT:   JONATHAN DOUGLAS STRATTON, AUSA
                               RICK DEL TORO, AUSA
17                             United States Attorney's Office
                               99 N.E. 4th Street, 6th Floor
18                             Miami, Florida  33132

19
    ON BEHALF OF DEFENDANT:    R. MICHAEL HURSEY, ESQ.
20                             Michael Hursey, PA
                               5220 S. University Drive
21                             Suite C-110
                               Ft. Lauderdale, Florida  33328
22

23  STENOGRAPHICALLY
    REPORTED BY:               GLENDA M. POWERS, RPR, CRR, FPR
24                             Official Court Reporter
                               United States District Court
25                             400 North Miami Avenue
                               Miami, Florida  33128
```

```
 1                    (Call to the order of the Court:)

 2            COURTROOM DEPUTY:  United States District Court for the

 3      Southern District of Florida; the Honorable Magistrate Judge

 4      Jacqueline Becerra presiding.

 5            THE COURT:  I will call the case.

 6            This is Case Number 21-20109, United States of America

 7      versus Jihad Mohammed Ali.

 8            Will counsel state their appearances for the record.

 9            MR. STRATTON:  Good afternoon, Your Honor.

10            Jonathan Stratton and Rick Del Toro appearing on behalf

11      of the United States.

12            THE COURT:  Good afternoon.

13            MR. HURSEY:  Good afternoon, Your Honor.

14            Michael Hursey here for Mr. Jihad Ali, who's present by

15      video on the Zoom, and we consent to having this proceeding on

16      Zoom video conference.

17            THE COURT:  I appreciate that, though, but I still have

18      to colloquy your client a little bit about that; all right?

19            MR. HURSEY:  Yes.

20            THE COURT:  Mr. Ali, can you hear me?

21            THE DEFENDANT:  Yes, ma'am, I can hear you.

22            THE COURT:  Okay.  I understand that we're here today

23      for a change of plea, counsel; is that correct?

24            THE DEFENDANT:  Yes.

25            MR. HURSEY:  Yes, Your Honor.
```

1          THE COURT:  Okay.  Glenda, both the defendant and

2    Mr. Hursey both indicated that they were here for a

3    change of plea.

4          Mr. Hursey, does your client need an interpreter?

5          MR. HURSEY:  No, Your Honor.

6          THE COURT:  I have received a copy of the signed plea

7    agreement.  It was provided to me pursuant to my order.

8          Mr. Stratton, are there any changes with respect to

9    what I received and what is being filed with the Court today?

10          MR. STRATTON:  No, Your Honor.

11          THE COURT:  All right.  So I'll direct the Clerk's

12    Office to file both the plea agreement and the factual proffer.

13    I will have some questions about them as we get through the

14    hearing.  All right.

15          So, Mr. Ali, I'm going to ask you to raise your right

16    hand.  Do you swear to tell truth and nothing but the truth, so

17    help you God?

18          THE DEFENDANT:  Yes, ma'am.

19          THE COURT:  All right, sir.  You understand that you're

20    now under oath, so if you give me any false answers those

21    answers could be used against you in a further prosecution for

22    perjury or making a false statement.

23          Do you understand that today?

24          THE DEFENDANT:  Yes, ma'am.

25          THE COURT:  I understand that you're here today because

1    you want to change your plea of not guilty to a plea of guilty;

2    is that correct, sir?

3              THE DEFENDANT:  Yes, ma'am.

4              THE COURT:  All right.  So, under the law you can't

5    change your plea without first getting permission from the

6    Court, so there's a number of things I have to do in this

7    afternoon's hearing.

8              First is that I have to make sure that you agree that

9    we can proceed by video.

10             I also have to make sure that you understand what's

11   happening, that you know what your options are, that you know

12   what the consequences of your guilty plea are, that you

13   understand what rights you're giving up.

14             And finally, I have to make sure that there are facts

15   that support your plea, all right.  So I'm going to ask you a

16   series of questions today, and that's the aim of today's

17   hearing.  Do you understand, sir?

18             THE DEFENDANT:  Yes, ma'am.

19             THE COURT:  Now, at any time you want to talk to your

20   lawyer, let me know.  So, I understand that you and Mr. Hursey

21   had a moment to talk before today's plea.  Even though we're

22   doing this by video, we'll still be able to do that again.

23             So if I ask you a question and you think to yourself,

24   I think I'd like to talk to my lawyer before answering that, or

25   for any reason you want to talk to your lawyer during this

1    hearing, let me know and we'll make those arrangements; okay?

2              THE DEFENDANT:  Yes, ma'am.

3              THE COURT:  Likewise, if I ask you a question and you

4    don't understand my question, don't feel embarrassed, don't

5    feel like you should know what the answer to the question is

6    because I'm asking it, all right, just ask me to rephrase it,

7    I want to make sure you understand everything you're being

8    asked.  So you'll let me know if you need me to rephrase any of

9    my questions?

10             THE DEFENDANT:  Yes, ma'am.

11             THE COURT:  Okay.  Mr. Ali, will you state your full

12   name for our record.

13             THE DEFENDANT:  Jihad Mohammed Ali.

14             THE COURT:  Have you ever been known by any other name,

15   sir?

16             THE DEFENDANT:  Abu Dujanah.

17             THE COURT:  Other than that, any other name, sir?

18             THE DEFENDANT:  No.

19             THE COURT:  How old are you?

20             THE DEFENDANT:  20.

21             THE COURT:  Did you say 20, 2-0?

22             THE DEFENDANT:  Yeah.

23             THE COURT:  Okay.  Where were you born?

24             THE DEFENDANT:  I was born American.

25             THE COURT:  Where in the United States?

```
 1              THE DEFENDANT:  I think New York.

 2              THE COURT:  Are you still a United States citizen, sir?

 3              THE DEFENDANT:  Yeah.

 4              THE COURT:  Do you have a citizenship of any other

 5     country?

 6              THE DEFENDANT:  Trinidad.

 7              THE COURT:  How far did you go in school?

 8              THE DEFENDANT:  Four-and-one.

 9              THE COURT:  I'm sorry, sir, I'm having trouble

10     understanding you.

11              THE DEFENDANT:  Four-and-one, but I think -- Trinidad,

12     I think it's different, though.  I think the school thing is

13     different, I don't know.

14              THE COURT:  All right.  Let me ask you this.

15              Do you have any trouble reading and writing, sir?

16              THE DEFENDANT:  No.

17              THE COURT:  Have you ever been treated for any kind of

18     mental illness or an addiction to drugs or alcohol?

19              THE DEFENDANT:  No.

20              THE COURT:  Are you now under the influence of any kind

21     of drug, medication, anything that you've been taking at FDC,

22     sir?

23              THE DEFENDANT:  No.

24              THE COURT:  Are you currently under the care of any

25     kind of physician or psychiatrist for anything that you think
```

1    might affect your ability to understand the hearing?

2         THE DEFENDANT:  No.

3         THE COURT:  Do you think you have any kind of physical

4    or mental issue or concerns that would impact your ability to

5    understand the hearing?

6         THE DEFENDANT:  No, ma'am.

7         THE COURT:  Have you taken any medication in the last

8    48 hours?

9         THE DEFENDANT:  No.

10        THE COURT:  Do you feel like you're thinking clearly

11   this afternoon, sir?

12        THE DEFENDANT:  Yeah, yeah, yeah.

13        THE COURT:  Mr. Hursey, do you have any concerns about

14   his competency?

15        MR. HURSEY:  No, Your Honor.

16        THE COURT:  Mr. Stratton, do you have any concerns

17   about his competency?

18        MR. STRATTON:  No, Your Honor.

19        THE COURT:  All right.  Based on my observations of the

20   defendant and the answers to my questions, and the answers that

21   counsel gave me, I find that the defendant is alert and

22   competent to proceed.

23        So, sir, Mr. Hursey advised me already that you are

24   amenable, and you are okay, rather, with proceeding by video,

25   but I have to make sure I ask you a few questions before we

```
 1   proceed by video; okay?  Okay?

 2          THE DEFENDANT:  Okay, ma'am.

 3          THE COURT:  So I want you to understand, sir, that even

 4   though we're trying to proceed by video, now that we have the

 5   ability to do so, and we're doing so because of the pandemic,

 6   you have a right to insist that we do this in person.

 7          Do you understand that right, sir?

 8          THE DEFENDANT:  Yes, ma'am.

 9          THE COURT:  And did you talk to Mr. Hursey about

10   waiving that right?

11          THE DEFENDANT:  Yes.

12          THE COURT:  And do you understand that you have the

13   right to appear in person and, after having discussed it with

14   Mr. Hursey, do you now wish to waive your right to an in-person

15   hearing and instead proceed by video?

16          THE DEFENDANT:  Yes, ma'am.

17          THE COURT:  Mr. Hursey, are you satisfied that his

18   decision is in his best interest?

19          MR. HURSEY:  Yes, Judge.

20          THE COURT:  Does the defense have any objection to make

21   with respect to proceeding by video?

22          MR. HURSEY:  None whatsoever, Judge.

23          THE COURT:  Mr. Stratton, does the United States?

24          MR. STRATTON:  No, Your Honor.  Just for the Court's

25   awareness, I did confirm that four-and-one in Trinidad is
```

1    equivalent to sixth grade here in the United States.

2         THE COURT:  All right, thank you.  I appreciate that.

3    We'll note that for the record.  Again, the defendant has no

4    issues reading and writing, he understands, obviously, my

5    questions so far, and Mr. Hursey has no concerns with

6    competency.  All right.  So, for the record, again, the

7    Government has no objection to proceed by video.

8         I find that given the Covid '19 pandemic and the

9    administrative orders of the Court this hearing should not be

10   further delayed; and although we have a plea agreement and,

11   therefore, I assume that because there's an agreement with the

12   United States the defendant wants to move forward to sentencing

13   and doesn't wish to have this hearing further delayed; is that

14   correct, Mr. Hursey?

15        MR. HURSEY:  Yes, Your Honor.

16        THE COURT:  All right.  So I find that the concerns

17   with respect to pleading by video have been satisfied, it's in

18   the defendant's best interest, it is properly waived, his

19   waiver is knowing and voluntary, and we'll proceed by video,

20   which is what we're doing today.  All right, sir.

21        So first let me begin by telling you that you probably

22   already know you have a right, also, to have this hearing

23   conducted by Judge King.

24        Judge King is the judge that's going to sentence you.

25   Now, he's referred this matter to me today to handle the change

1   of plea.  If you allow me to change your plea, it doesn't

2   affect your sentencing, it doesn't affect your case in any way,

3   but I want to make sure that you're okay with having me conduct

4   this hearing.

5           THE DEFENDANT:  Yes, ma'am.

6           THE COURT:  Did you speak to Mr. Hursey about allowing

7   me to conduct the hearing?

8           THE DEFENDANT:  Yes.

9           THE COURT:  Have you agreed to have me conduct the

10  hearing, sir?

11          THE DEFENDANT:  Yes, ma'am.

12          THE COURT:  Mr. Hursey, do you have any objection?

13          MR. HURSEY:  None, Judge.

14          THE COURT:  Mr. Stratton, do you have any objection?

15          MR. STRATTON:  No, Your Honor.

16          THE COURT:  All right.  I find the decision to consent

17  to have me conduct this hearing is knowing and voluntary.

18          Sir, I have to ask you a series of questions now about

19  your counsel.  I have to make sure that you feel that you have

20  been adequately represented.

21          (Technological interruption of the Zoom hearing.)

22          THE COURT:  Donna, did we lose FDC?

23          COURTROOM DEPUTY:  Yes.  Let me call them.

24          Well, Officer, can you give FDC a call, please?

25          THE COURT:  I don't see the officer is on.

```
 1            COURTROOM DEPUTY:  Yes, he was on earlier.  I'll call.
 2            THE COURT:  Mr. Stratton, what time is it that you have
 3   your next hearing?
 4            MR. STRATTON:  2:00, Your Honor, and Mr. Del Toro is
 5   here to assist.  I think he has to leave at 2:15, but I think
 6   that gives us a little more time.
 7            THE COURT:  All right.  I mean, it would be ample time,
 8   but for the technical difficulties.
 9            MR. STRATTON:  It's Murphy's law at play, Your Honor,
10   absolutely.
11            COURTROOM DEPUTY:  They're working on it, Judge.
12            THE COURT:  Okay.
13            (Brief pause in the proceedings.)
14            THE MARSHAL:  Yes, ma'am, how can we help you?
15            THE COURT:  We lost the connection with the defendant,
16   so we need help with FDC.
17            THE MARSHAL:  Yes, ma'am, let me call them right now.
18            THE COURT:  We thought you might have already been
19   doing that, so...
20            THE MARSHAL:  Yes, I'm trying, the line is busy.  Let
21   me continue trying.
22            THE COURT:  If you could keep trying, we appreciate it.
23            THE MARSHAL:  Yes, ma'am.  Stand-by, please.
24            (Brief pause in the proceedings.)
25            THE COURT:  We lost you there for a minute, Mr. Ali.
```

1    I can see you.  So, I know that we lost you right as we started

2    talking about your lawyer; is that correct?

3              THE DEFENDANT:  Yes.

4              THE COURT:  All right.  I'm going to ask you a few

5    questions about your lawyer; all right?

6              THE DEFENDANT:  Yes, ma'am.

7              THE COURT:  You have to speak up because the court

8    reporter's also in the video chat, and she needs to be able to

9    type everything you're saying; all right?  Okay?

10             THE DEFENDANT:  Yes, ma'am.

11             THE COURT:  Did you receive a copy of the information

12   in this case, that's the formal document that's outlined the

13   charges against you.

14             Have you had an opportunity to look at the information

15   and subsequent charges with your lawyer?

16             THE DEFENDANT:  Yeah.

17             THE COURT:  Did you have enough time to think about

18   this case and to discuss it with counsel?

19             THE DEFENDANT:  Yes, ma'am.

20             THE COURT:  Did you have an opportunity to review with

21   Mr. Hursey the discovery in this case; discovery of the

22   evidence that the Government provided him, evidence that they

23   would have shown at trial, did you have an opportunity to look

24   at that with him?

25             THE DEFENDANT:  Yes, ma'am.

1      THE COURT:  Did you discuss possible defenses with

2  Mr. Hursey, including calling of witnesses or filing legal

3  motions?

4      THE DEFENDANT:  Yes, ma'am.

5      THE COURT:  Are there any questions that you had for

6  Mr. Hursey that you feel he did not answer to your

7  satisfaction?

8      THE DEFENDANT:  No.

9      THE COURT:  Is there anything about the representation

10  he's provided you that you have concerns with?

11      THE DEFENDANT:  No.

12      THE COURT:  All right.  So let's review now the maximum

13  penalties, all right.

14      As I mentioned, it's Judge King that will be sentencing

15  you.  I don't know what he's going to sentence you to, but I

16  need to make sure you understand what the maximum penalties

17  are; all right?

18      So, as I see here from the plea agreement, you seek to

19  plead guilty to Count 1 of the information, and that charges

20  you with conspiring to provide material, support and resources

21  to a foreign terrorist organization.

22      The maximum penalty for that is five years'

23  imprisonment, followed by three years of supervised release, a

24  fine of $250,000 and a special assessment of $100.

25      I understand that the Government is not seeking

1    forfeiture, although forfeiture is applicable to this case.

2          Do you understand that is the maximum penalty, sir?

3          THE DEFENDANT:  Yes, ma'am.

4          THE COURT:  All right.  Has the Government confirmed,

5    is he a U.S. citizen, Mr. Stratton?

6          MR. STRATTON:  Yes, he is, Your Honor.

7          THE COURT:  Okay.  Now, one of the things I mentioned

8    in the maximum penalties, sir, is the supervised release.

9          So let me tell you what supervised release is.

10          If you are given a term of incarceration, after that

11    term Judge King will give you a period of supervised release.

12          That's a time period when you will be in the community

13    where you'll be released, but you'll have conditions, right,

14    you'll have to report to the pretrial services officer, and

15    you'll have to abide by whatever conditions Judge King gave

16    you.

17          If you violate that you could do additional time in

18    prison.  Do you understand that, sir?

19          THE DEFENDANT:  Yes, ma'am.

20          THE COURT:  All right.  I noted in the plea agreement

21    that you had agreed to cooperate with the forfeiture.

22          The forfeiture order is when the Government has ordered

23    you to forfeit, that is, to give up property back to the

24    United States.

25          Do you understand that that's what forfeiture is?

1          THE DEFENDANT:  Yes, ma'am.

2          THE COURT:  Mr. Stratton, is that correct, the

3    Government is not seeking forfeiture at this time?

4          MR. STRATTON:  That's correct, Your Honor.

5          THE COURT:  All right.  So the Government is not asking

6    for it, but it is a potential with a guilty plea because the

7    statute that you're pleading guilty under allows for it.

8          Do you understand that?

9          THE DEFENDANT:  Yes, ma'am.

10          THE COURT:  All right.  Because you're pleading guilty

11    to a felony, I also need to advise you of a few things with

12    respect to a felony plea and a conviction for a felony, all

13    right.

14          First, because the sentence -- the possible sentence of

15    more than one year, it doesn't really matter what Judge King

16    sentences you to, you're pleading guilty to a felony and that

17    could mean you lose certain civil rights, for example:

18          You could lose the right to vote, the right to hold

19    public office, the right to serve on a jury, and you will lose

20    the right to possess a firearm of any kind.

21          If you hold any professional licenses in the

22    United States, conviction of a felony could cause you to lose

23    those as well.  Do you understand that, sir?

24          THE DEFENDANT:  Yes, ma'am.

25          THE COURT:  All right.  Now, by pleading guilty you

1    take a risk that Judge King will sentence you to the maximum

2    penalty, all right.  Again, I don't know what Judge King will

3    sentence you to, nobody here in this hearing knows what

4    Judge King will do with respect to sentence.

5            Do you understand that if you're unhappy with what he

6    sentences you to, as long as it's not over the maximum penalty,

7    you can't come back and change your guilty plea after

8    sentencing.  Do you understand that, sir?

9            THE DEFENDANT:  Yes, ma'am.

10           THE COURT:  All right.  Now let's talk about some of

11   the rights you have and rights that you give up as a result of

12   pleading guilty.  All right.

13           First of all, you have a right to persist in your not

14   guilty plea.  You do not have to plead guilty, all right.  You

15   can continue with your not guilty plea and demand a trial, it

16   would be a trial by jury.

17           At the trial you would be presumed innocent of the

18   charge.  And the Government is the one that would have to prove

19   your guilt beyond a reasonable doubt.

20           At that trial you'd have a right to a lawyer,

21   appointed, if necessary, for the trial and all proceedings

22   related to the trial.

23           At the trial you could confront witnesses, right, you

24   could hear their testimony, you would see them testify against

25   you.  Mr. Hursey would be allowed to cross-examine them.

1          Do you understand that, sir?

2          THE DEFENDANT:  Yes, ma'am.

3          THE COURT:  You also have the right to compel witnesses

4     to testify on your behalf.

5          Now, you have the right to remain silent during trial.

6     You don't have to testify.  You wouldn't have to say a word.

7     You don't have to put on a defense, all right.

8          The fact that you remain silent -- if you didn't put on

9     any defense, if you didn't testify -- that's not anything the

10    Government could use against you, or the Court could hold

11    against you, or the jury can hold against you.

12         Do you understand that?

13         THE DEFENDANT:  Yes, ma'am.

14         THE COURT:  Now, in your plea agreement you waived

15    certain of your appellate rights, but I want to make sure that

16    irrespective of that plea agreement, if you go to trial and a

17    jury finds you guilty, you can appeal that finding, you can

18    appeal the jury's finding.

19         But if you plead guilty, you agree that you're guilty,

20    right, so you can't appeal that finding.

21         Do you understand that, sir?

22         THE DEFENDANT:  Yes, ma'am.

23         THE COURT:  So, by pleading guilty, and if this plea is

24    accepted, all these rights we've just discussed, you will have

25    waived, you will not have those rights.

```
 1            Do you understand that, sir?

 2            THE DEFENDANT:  Yes, ma'am.

 3            THE COURT:  All right.  Did you speak to Mr. Hursey

 4    about the sentencing guidelines?

 5            THE DEFENDANT:  Yes.

 6            THE COURT:  So let me just briefly tell you how the

 7    sentencing guidelines will work, all right.  The sentencing

 8    guidelines work on points, right, it's a number scale.

 9            And given the counts that you're pleading guilty on,

10    right, and depending on your criminal history, and other

11    factors, you'll be given a number, all right.

12            And that number corresponds to a chart, and that chart

13    will give Judge King the range, right, of his recommended

14    incarceration.  All right?  That's generally how it works.

15            Do you understand that, sir?

16            THE DEFENDANT:  Yes, ma'am.

17            THE COURT:  So if your guilty plea is accepted, the

18    next thing to happen is the Office of U.S. Probation will

19    prepare a pretty lengthy report for Judge King about you, all

20    right.

21            But one of the things that report does is it makes a

22    recommendation as to what your sentencing guideline range is.

23            Now, you can object, right, you can ask the probation

24    office to not consider that.  But at the end of the day, it's

25    Judge King that decides that recommended range.
```

1          Do you understand that, sir?

2          THE DEFENDANT:  Yes, ma'am.

3          THE COURT:  Now, the sentencing guidelines are just one

4   of many factors that Judge King must consider, all right.

5          When he finishes looking at your case, he'll decide

6   what that range is.  He could sentence you below it, he could

7   sentence you the recommend, he could also sentence you to a

8   higher guideline range.  Do understand that, sir?

9          THE DEFENDANT:  Yes, ma'am.

10         THE COURT:  Now, he may impose a sentence higher than

11  what you expected, right.

12         Now, you and Mr. Hursey may have had discussions about

13  what a likely sentence will be based on his judgment of the

14  sentencing guideline or you might have an idea of what you

15  think a fair sentence might be.

16         I want to make sure that you understand that as long as

17  Judge King sentences you within that five-year period, you

18  can't withdraw your guilty plea simply because you are later

19  unhappy with the sentence you had received.

20         Do you understand that, sir?

21         THE DEFENDANT:  Yes, ma'am.

22         THE COURT:  And we'll talk about your appellate rights

23  with respect to the sentencing later on in this hearing.

24         All right.  I want to go to the plea agreement now.

25         I have a copy of the plea agreement.  I have already

1    reviewed it.  It is a seven-page plea agreement.

2         Was that your signature on the last page of the plea

3    agreement?

4         THE DEFENDANT:  Yes, ma'am.

5         THE COURT:  Mr. Hursey, was that your signature?

6         MR. HURSEY:  Yes, Your Honor.

7         THE COURT:  Mr. Stratton, is that your signature?

8         MR. STRATTON:  Yes, Your Honor.

9         THE COURT:  All right.  Mr. Ali, did you have an

10   opportunity to read every word of this plea agreement and to

11   discuss it with Mr. Hursey before you signed it?

12        THE DEFENDANT:  Yes, ma'am.

13        THE COURT:  Did he answer all the questions you had

14   about the plea agreement?

15        THE DEFENDANT:  Yes, ma'am.

16        THE COURT:  Mr. Hursey, were all the offers

17   communicated to the defendant?

18        MR. HURSEY:  Yes, they were, Judge.

19        THE COURT:  All right.  Mr. Ali, do you believe that

20   you fully understand what the plea agreement consists of?

21        THE DEFENDANT:  Yes, ma'am.

22        THE COURT:  All right.  So, first of all, let me make

23   sure that you understand what is very important, that this is

24   an agreement that you have with the Government.

25        Even though I'm going to ask you questions about this

1   agreement, Judge King is not bound by this agreement in any

2   way.  This is simply an agreement between you and the

3   United States.  Do you understand that?

4            THE DEFENDANT:  Yes, ma'am.

5            THE COURT:  All right.  Now, I know that you've read it

6   and that you understand the plea agreement.  I have reviewed it

7   as well.  There's only one provision that I want to bring to

8   your attention, and that's the fact -- well, there's actually

9   two provisions.

10           The first provision -- it's found on page three, it's

11   paragraph six -- the United States has agreed to recommend at

12   sentencing to Judge King that your points, right, that final

13   point calculation, be reduced, either by two or three points,

14   because you've pled guilty.

15           I want to make sure you understand, though, that if

16   you're not cooperative with probation in the preparation of

17   this report, that presentence investigation report we were

18   talking about --

19           (Technological interruption of the Zoom hearing.)

20           (Brief pause in the proceedings.)

21           THE COURT:  Sir, you understand that if you don't give

22   a truthful statement to probation or you don't -- or they find

23   that you commit any kind of misconduct, or you're not

24   cooperative with probation, they don't have to recommend that

25   reduction in sentence.  Do you understand that, sir?

 1              THE DEFENDANT:  (Inaudible).

 2              THE COURT:  I'm sorry, sir, can you repeat your answer?

 3              THE DEFENDANT:  Yes, ma'am.

 4              THE COURT:  I also want to bring to your attention now,

 5      paragraph nine on page four.  Now, on paragraph nine, page

 6      four, you've agreed to waive some of your appellate rights,

 7      that's what we call an appellate waiver.

 8              Did you discuss the appeal waiver with your lawyer?

 9              THE DEFENDANT:  Yes, ma'am.

10              THE COURT:  Now, you understand, we mentioned this

11      before, if you go to trial and you get convicted, right, you

12      could always appeal that conviction.

13              When you plead guilty, you can't appeal that

14      conviction.  Typically, you can still appeal your sentence,

15      right.

16              Here, you've agreed to waive your right to appeal the

17      sentence.  You will only be able to appeal your sentence if

18      either the Government files an appeal, if they do, then you

19      can, all right, or Judge King sentenced you above the maximum

20      penalties, or he sentences you above whatever he's already

21      determined is that guideline range.

22              So if you have an upward variance or an upward

23      adjustment, all right, from what you've determined to be your

24      guideline range, you can appeal that, but otherwise, you cannot

25      appeal your sentence.  Do you understand that, sir?

1          THE DEFENDANT:  Yes, ma'am.

2          THE COURT:  Mr. Stratton, is that the waiver of the

3     appeal?

4          MR. STRATTON:  Yes, Your Honor.

5          THE COURT:  Mr. Hursey, is there anything else I have

6     to add to this waiver of the appeal?

7          MR. HURSEY:  No, Your Honor.

8          THE COURT:  I find that the appeal waiver is knowing,

9     voluntary and fully informed.  All right.

10          So, as I go to the end of this plea agreement, one of

11     the things that the final paragraph says is this is the entire

12     agreement that you have with the Government; is that correct,

13     sir?

14          Do you have any other agreements with the United

15     States?

16          THE DEFENDANT:  (Inaudible.)

17          THE COURT:  I'm sorry, can you repeat your answer, sir?

18          THE DEFENDANT:  No, only this one.

19          THE COURT:  Has anyone promised you anything or assured

20     you of anything, either to get you to plead guilty or to sign

21     this agreement?

22          THE DEFENDANT:  No, ma'am.

23          THE COURT:  Anybody threatened you in any way to

24     either --

25          THE DEFENDANT:  No, ma'am.

1        THE COURT:  -- to get you to plead guilty or to sign

2  this agreement?

3        THE DEFENDANT:  No.

4        THE COURT:  Are you entering this plea agreement, sir,

5  because, in fact, you are guilty?

6        THE DEFENDANT:  Yeah.

7        THE COURT:  Mr. Stratton, any other agreements?

8        MR. STRATTON:  No, Your Honor.

9        THE COURT:  Mr. Hursey, any other agreements?

10        MR. HURSEY:  No, Judge.

11        THE COURT:  All right.  So, one of the things I

12  mentioned to you beforehand when we were talking about your

13  rights is, if you had gone to trial, the Government would have

14  to prove its evidence, right, and its case against you beyond a

15  reasonable doubt.

16        The way the criminal trial and the criminal system

17  works is every count, or every charge, against you has certain

18  elements, all right.  And so what the Government has to do at

19  trial is prove each of those things beyond a reasonable doubt.

20        So here, there are four elements.  There are four

21  things they have to prove at that trial, if you elect to go to

22  trial.

23        First, they have to prove that two or more persons in

24  some way agreed to try to accomplish a shared and unlawful

25  plan, in this case, to provide material support to a terrorist

1  organization;

2          Two, that you knew the unlawful plan and you willfully

3  joined it;

4          Three, that during the conspiracy, one of the

5  conspirators knowingly engaged in at least one overt act as

6  listed or described in the information in this case;

7          And four, that the overt act was committed at or about

8  the time alleged and with the purpose of carrying out the

9  conspiracy.

10          Do you understand that those are the elements of the

11  offense?

12          THE DEFENDANT:  Yes, ma'am.

13          THE COURT:  All right.  Another document that was

14  provided to my chambers and pursuant to a Court order was

15  something called a factual proffer.

16          It's a three-page document.

17          Did you sign that document, sir, is that your signature

18  that I see on page three?

19          THE DEFENDANT:  Yes, ma'am.

20          THE COURT:  Mr. Stratton, is that your signature?

21          MR. STRATTON:  Yes, Your Honor.

22          THE COURT:  Mr. Hursey, is that your signature?

23          MR. HURSEY:  Yes, Judge.

24          THE COURT:  All right.  Mr. Ali, did you understand

25  what was in the factual proffer when you read it?

1        THE DEFENDANT:  Yes, ma'am.

2        THE COURT:  Even though we've got it in writing and

3   it's already filed with the Court, I'm still going to ask

4   Mr. Stratton for the record here to summarize what he believes

5   the Government's evidence would have shown.

6        MR. STRATTON:  Your Honor, the evidence at trial would

7   have shown that at all material times relevant to an

8   information in this case the Islamic State of Iraq and al-Sham,

9   ISIS, was designated by the Secretary of State as a foreign

10  terrorist organization pursuant to Section 219 of the

11  Immigration Nationality Act, and the defendant knew that ISIS

12  was a designated foreign terrorist organization, and that ISIS

13  engages and has engaged in terrorist activity, and that ISIS

14  engages and has engaged in terrorism.

15       On March 15th, 2015, the evidence would show that the

16  defendant traveled with his family from Trinidad and Tobago to

17  Brazil with an intended ultimate destination to Syria.

18       Shortly after arriving in Brazil the defendant traveled

19  to Turkey where the defendant eventually ran across the

20  Turkey-Syria border to enter Syria.  Between March and July

21  2015 the defendant lived in Manbij, Syria, while the defendant

22  awaited ISIS training.

23       Between in or around September and November of 2015,

24  the defendant attended ISIS religious and military training in

25  Tabqa, Syria, and with other English speakers, that included

1   training on the operation of various weapons, including the

2   AK-47 assault rifle, PKC machine gun, and rocket-propelled

3   grenade launcher.

4          Between in or around September and November of 2015,

5   after the defendant completed IRIS religious and military

6   training, the defendant joined the Anwar al-Awlaki katibah or

7   battalion.

8          In or around the summer of 2018, in Shamiyah, Syria,

9   the defendant conducted a mission on behalf of ISIS to retrieve

10  a suitcase containing laptops and supplies left inside a house.

11         Thereafter, while departing from the Shamiyah, Syria,

12  with the suitcase, the defendant fired his AK-47 assault rifle

13  at ground forces attacking ISIS from a street outside of the

14  house.

15         In or around 2018, in Gharanij, Syria, the defendant

16  fired his weapon on behalf of ISIS against U.S.-led coalition

17  forces and against a local tribe that opposed ISIS; and at a

18  different time, the defendant fired his weapon in the air at a

19  U.S. Coalition force A-10 aircraft.

20         At some point during 2018, while living in Gharanij,

21  Syria, the defendant became an Idari, or a manager, of supplies

22  for an ISIS battalion after he was appointed by the battalion's

23  Emir, or leader.

24         Thereafter, between November 30th, 2018, and on or

25  about March 17th, 2019, while in Baghuz, Syria, the last ISIS

1    stronghold before ISIS was defeated in Syria, the defendant

2    fought on behalf of ISIS, firing his weapon at U.S.-led

3    coalition forces.

4            That completes the Government's factual proffer,

5    Your Honor.

6            THE COURT:  Mr. Ali, did you understand what

7    Mr. Stratton said?

8            THE DEFENDANT:  (Inaudible).

9            THE COURT:  I'm sorry, I couldn't hear you.

10           Repeat your answer.

11           THE DEFENDANT:  Yes, ma'am.

12           THE COURT:  And is that correct, is that what you did,

13   is that how you participated?

14           THE DEFENDANT:  Yes, ma'am.

15           THE COURT:  All right.  Mr. Hursey, do you have any

16   objection to the facts as read by Mr. Stratton?

17           MR. HURSEY:  No, Your Honor, we worked together on

18   those.

19           THE COURT:  And do you agree that they're sufficient to

20   support the plea?

21           MR. HURSEY:  Yes, Your Honor.

22           THE COURT:  All right.  I find, therefore, that the

23   facts set out by the Government are sufficient to set out

24   Count 1, which is a conspiracy to provide material support to a

25   foreign terrorist organization.

```
 1          Mr. Ali, this is the part of the hearing where I ask
 2  you whether you're ready to change your plea.
 3          Are you ready to change your plea, sir?
 4          THE DEFENDANT:  Yes, ma'am.
 5          THE COURT:  Have you had enough time to discuss it with
 6  your lawyer and think about changing your plea?
 7          THE DEFENDANT:  Yes, ma'am.
 8          THE COURT:  Mr. Hursey, is there anything that I've
 9  omitted to advise your client?
10          MR. HURSEY:  No, Your Honor.
11          THE COURT:  Government, have I omitted anything in the
12  colloquy?
13          MR. STRATTON:  No, Your Honor.  Thank you.
14          THE COURT:  Mr. Ali, how do you now plead to Count 1,
15  guilty or not guilty?
16          THE DEFENDANT:  Guilty.
17          THE COURT:  Mr. Hursey, are you satisfied that he
18  understands the charges and the consequences of the plea?
19          MR. HURSEY:  Yes, Your Honor.
20          THE COURT:  Mr. Stratton, is there any reason why I
21  should not accept the plea?
22          MR. STRATTON:  No, Your Honor.
23          THE COURT:  All right.  So I find the defendant is
24  alert and intelligent, he is fully competent and capable of
25  entering an informed plea; the defendant is aware of the nature
```

1   of the charges, the consequences of this plea; and the guilty

2   plea is knowing and voluntary supported by independent basis of

3   fact containing each of the essential elements of the offense.

4        I find that the defendant has freely, voluntarily, and

5   intelligently entered this guilty plea, with no promises other

6   than those in the plea agreement, and no threats, and without

7   any mental impediment of any kind.

8        I also find that he's had the advice of a competent

9   lawyer with whom he is satisfied.

10       I will recommend to the district court that this guilty

11   plea be accepted and that the defendant be adjudicated guilty

12   of Count 1.  I will prepare a report and recommendation.

13       The parties will have 14 days to enter any objections

14   to my report and the recommendation.

15       Mr. Ali, as I mentioned to you before, the Office of

16   Probation will now begin to prepare a report and Judge King

17   will have that report to go over at the sentencing with you.

18       It's important that you cooperate with probation in the

19   preparation of that report.  Mr. Hursey, of course, will assist

20   you with that.

21       Once that report is prepared, you will be able to

22   object to it, right, you'll be able to make any corrections

23   that you see fit and, of course, I don't know that probation

24   will accept those recommendations or the corrections, but

25   you'll have an opportunity, right, to be heard with respect to

1  that.  You will also have an opportunity to be heard at

2  sentencing.  All right.

3         I will now refer you to the Office of Probation for

4  preparation of that report.

5         Donna, do we have a sentencing date on this?

6         COURTROOM DEPUTY:  Yes, Judge.  July 7th, 2021, at

7  10:00 a.m.

8         THE COURT:  All right.  July 7th at 10:00 a.m.

9         All right.  I assume, sir, although, I don't know, but

10 I assume that on July 7th your sentencing could be by Zoom.

11        We're always hopeful that that won't be the case and

12 that you will be here in the King Building, actually, for your

13 sentence.

14        If it's by Zoom, again, you'll have the same

15 opportunity to insist, right, that it be done in person, or you

16 can waive that and it can be done in Zoom, because it's your

17 right and your decision of how it's conducted.

18        Government, I assume there's no motion to modify any

19 conditions of release?

20        MR. STRATTON:  No, Your Honor.

21        THE COURT:  Mr. Hursey, any motion on your behalf?

22        MR. HURSEY:  No, Judge.  I would ask, though, if the

23 Court has an idea when the probation office might be going out

24 to visit Mr. Ali?

25        THE COURT:  No, I don't.  I mean, they will identify a

```
 1    probation officer pretty quickly, probably in the next day or

 2    two, and that typically -- am I correct, Donna?  -- typically,

 3    in the court record you'll see when they're notified, but I

 4    can't give you a specific time frame as to when they'll go.

 5            MR. HURSEY:  Thank you, Judge.

 6            COURTROOM DEPUTY:  That's correct, Judge.

 7            THE COURT:  Mr. Stratton, anything else on behalf of

 8    the United States, or Mr. Del Toro?

 9            MR. DEL TORO:  No, Your Honor.  Thank you.

10            MR. STRATTON:  No, Your Honor.

11            THE COURT:  Anything else on behalf of the defendant?

12            MR. HURSEY:  No, Your Honor.  Thank you.

13            THE COURT:  All right, thank you very much.  You all be

14    well and stay safe.  Thank you very much.

15            MR. HURSEY:  Thank you.  You, too, Judge, stay safe.

16            COURTROOM DEPUTY:  Thank you, everyone.

17            (Proceedings concluded at 2:09 p.m.)

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I hereby certify that the foregoing is an
accurate transcription of the
proceedings in the above-entitled matter via
"Zoom" during Covid-19.


May 27th, 2021        Glenda M. Powers


                      GLENDA M. POWERS, RPR, CRR, FPR
                      United States District Court
                      400 North Miami Avenue
                      Miami, Florida  33128

## $

**$100** [1] - 13:24
**$250,000** [1] - 13:24

## '

**'19** [1] - 9:8

## 1

**1** [5] - 1:9, 13:19,
28:24, 29:14, 30:12
**10:00** [2] - 31:7, 31:8
**14** [1] - 30:13
**15th** [1] - 26:15
**17th** [1] - 27:25
**1:00** [1] - 1:8
**1:21-20109-CR-JLK-1** [1] - 1:3
**1:29** [1] - 1:8

## 2

**2-0** [1] - 5:21
**20** [2] - 5:20, 5:21
**2015** [4] - 26:15,
26:21, 26:23, 27:4
**2018** [4] - 27:8, 27:15,
27:20, 27:24
**2019** [1] - 27:25
**2021** [3] - 1:6, 31:6,
33:7
**21-20109** [1] - 2:6
**219** [1] - 26:10
**27th** [1] - 33:7
**2:00** [1] - 11:4
**2:09** [2] - 1:8, 32:17
**2:15** [1] - 11:5

## 3

**30th** [1] - 27:24
**33128** [2] - 1:25, 33:10
**33132** [1] - 1:18
**33328** [1] - 1:21
**39** [1] - 1:9

## 4

**4** [1] - 1:6
**400** [2] - 1:25, 33:10
**48** [1] - 7:8
**4th** [1] - 1:17

## 5

**5220** [1] - 1:20

## 6

**6th** [1] - 1:17

## 7

**7th** [3] - 31:6, 31:8,
31:10

## 9

**99** [1] - 1:17

## A

**A-10** [1] - 27:19
**a.m** [2] - 31:7, 31:8
**a/k/a** [1] - 1:8
**abide** [1] - 14:15
**ability** [3] - 7:1, 7:4,
8:5
**able** [5] - 4:22, 12:8,
22:17, 30:21, 30:22
**above-entitled** [1] -
33:4
**absolutely** [1] - 11:10
**Abu** [1] - 5:16
**accept** [2] - 29:21,
30:24
**accepted** [3] - 17:24,
18:17, 30:11
**accomplish** [1] -
24:24
**accurate** [1] - 33:3
**Act** [1] - 26:11
**act** [2] - 25:5, 25:7
**activity** [1] - 26:13
**add** [1] - 23:6
**addiction** [1] - 6:18
**additional** [1] - 14:17
**adequately** [1] - 10:20
**adjudicated** [1] -
30:11
**adjustment** [1] - 22:23
**administrative** [1] -
9:9
**advice** [1] - 30:8
**advise** [2] - 15:11,
29:9
**advised** [1] - 7:23
**affect** [3] - 7:1, 10:2
**afternoon** [4] - 2:9,
2:12, 2:13, 7:11
**afternoon's** [1] - 4:7
**agree** [3] - 4:8, 17:19,
28:19
**agreed** [6] - 10:9,
14:21, 21:11, 22:6,
22:16, 24:24
**agreement** [26] - 3:7,

3:12, 9:10, 9:11,
13:18, 14:20, 17:14,
17:16, 19:24, 19:25,
20:1, 20:3, 20:10,
20:14, 20:20, 20:24,
21:1, 21:2, 21:6,
23:10, 23:12, 23:21,
23:24, 24:4, 30:6
**agreements** [3] -
23:14, 24:7, 24:9
**aim** [1] - 4:16
**air** [1] - 27:18
**aircraft** [1] - 27:19
**AK-47** [2] - 27:2, 27:12
**al** [2] - 26:8, 27:6
**al-Awlaki** [1] - 27:6
**al-Sham** [1] - 26:8
**alcohol** [1] - 6:18
**alert** [2] - 7:21, 29:24
**ALI** [1] - 1:7
**Ali** [15] - 2:7, 2:14,
2:20, 3:15, 5:11,
5:13, 11:25, 20:9,
20:19, 25:24, 28:6,
29:1, 29:14, 30:15,
31:24
**alleged** [1] - 25:8
**allow** [1] - 10:1
**allowed** [1] - 16:25
**allowing** [1] - 10:6
**allows** [1] - 15:7
**amenable** [1] - 7:24
**AMERICA** [1] - 1:4
**America** [1] - 2:6
**American** [1] - 5:24
**ample** [1] - 11:7
**answer** [6] - 5:5, 13:6,
20:13, 22:2, 23:17,
28:10
**answering** [1] - 4:24
**answers** [4] - 3:20,
3:21, 7:20
**Anwar** [1] - 27:6
**appeal** [15] - 17:17,
17:18, 17:20, 22:8,
22:12, 22:13, 22:14,
22:16, 22:17, 22:18,
22:24, 22:25, 23:3,
23:6, 23:8
**appear** [1] - 8:13
**appearances** [1] - 2:8
**APPEARANCES** [1] -
1:14
**appearing** [1] - 2:10
**appellate** [4] - 17:15,
19:22, 22:6, 22:7
**applicable** [1] - 14:1
**appointed** [2] - 16:21,
27:22
**appreciate** [3] - 2:17,

9:2, 11:22
**arrangements** [1] -
5:1
**arriving** [1] - 26:18
**assault** [2] - 27:2,
27:12
**assessment** [1] -
13:24
**assist** [2] - 11:5, 30:19
**assume** [4] - 9:11,
31:9, 31:10, 31:18
**assured** [1] - 23:19
**attacking** [1] - 27:13
**attended** [1] - 26:24
**attention** [2] - 21:8,
22:4
**Attorney's** [1] - 1:17
**AUSA** [2] - 1:16, 1:16
**Avenue** [2] - 1:25,
33:10
**awaited** [1] - 26:22
**aware** [1] - 29:25
**awareness** [1] - 8:25
**Awlaki** [1] - 27:6

## B

**Baghuz** [1] - 27:25
**based** [2] - 7:19, 19:13
**basis** [1] - 30:2
**battalion** [2] - 27:7,
27:22
**battalion's** [1] - 27:22
**became** [1] - 27:21
**Becerra** [1] - 2:4
**BECERRA** [1] - 1:17
**BEFORE** [1] - 1:12
**beforehand** [1] -
24:12
**begin** [2] - 9:21, 30:16
**BEHALF** [2] - 1:16,
1:19
**behalf** [2] - 2:10, 17:4,
27:9, 27:16, 28:2,
31:21, 32:7, 32:11
**believes** [1] - 26:4
**below** [1] - 19:6
**best** [2] - 8:18, 9:18
**between** [5] - 21:2,
26:20, 26:23, 27:4,
27:24
**beyond** [3] - 16:19,
24:14, 24:19
**bit** [1] - 2:18
**border** [1] - 26:20
**born** [2] - 5:23, 5:24
**bound** [1] - 21:1
**Brazil** [2] - 26:17,
26:18
**Brief** [2] - 11:13, 21:20

**brief** [1] - 11:24
**briefly** [1] - 18:6
**bring** [2] - 21:7, 22:4
**Building** [1] - 31:12
**busy** [1] - 11:20
**BY** [1] - 1:23

## C

**C-110** [1] - 1:21
**calculation** [1] - 21:13
**cannot** [1] - 22:24
**capable** [1] - 29:24
**care** [1] - 6:24
**carrying** [1] - 25:8
**CASE** [1] - 1:3
**case** [12] - 2:5, 10:2,
12:12, 12:18, 12:21,
14:1, 19:5, 24:14,
24:25, 25:6, 26:8,
31:11
**Case** [1] - 2:6
**certain** [3] - 15:17,
17:15, 24:17
**certify** [1] - 33:2
**chambers** [1] - 25:14
**change** [9] - 2:23, 3:3,
4:1, 4:5, 9:25, 10:1,
16:7, 29:2, 29:3
**CHANGE** [1] - 1:11
**changes** [1] - 3:8
**changing** [1] - 29:6
**charge** [2] - 16:18,
24:17
**charges** [5] - 12:13,
12:15, 13:19, 29:18,
30:1
**chart** [2] - 18:12
**chat** [1] - 12:8
**citizen** [2] - 6:2, 14:5
**citizenship** [1] - 6:4
**civil** [1] - 15:17
**clearly** [1] - 7:10
**Clerk's** [1] - 3:11
**client** [3] - 2:18, 3:4,
29:9
**coalition** [2] - 27:16,
28:3
**Coalition** [1] - 27:19
**colloquy** [2] - 2:18,
29:12
**commit** [1] - 21:23
**committed** [1] - 25:7
**communicated** [1] -
20:17
**community** [1] - 14:12
**compel** [1] - 17:3
**competency** [3] -
7:14, 7:17, 9:6
**competent** [3] - 7:22,

29:24, 30:8
**completed** [1] - 27:5
**completes** [1] - 28:4
**concerns** [6] - 7:4,
7:13, 7:16, 9:5, 9:16,
13:10
**concluded** [1] - 32:17
**conditions** [3] - 14:13,
14:15, 31:19
**conduct** [4] - 10:3,
10:7, 10:9, 10:17
**conducted** [3] - 9:23,
27:9, 31:17
**conference** [1] - 2:16
**confirm** [1] - 8:25
**confirmed** [1] - 14:4
**confront** [1] - 16:23
**connection** [1] - 11:15
**consent** [2] - 2:15,
10:16
**consequences** [3] -
4:12, 29:18, 30:1
**consider** [2] - 18:24,
19:4
**consists** [1] - 20:20
**conspiracy** [3] - 25:4,
25:9, 28:24
**conspirators** [1] -
25:5
**conspiring** [1] - 13:20
**containing** [2] - 27:10,
30:3
**continue** [2] - 11:21,
16:15
**convicted** [1] - 22:11
**conviction** [4] - 15:12,
15:22, 22:12, 22:14
**cooperate** [2] - 14:21,
30:18
**cooperative** [2] -
21:16, 21:24
**copy** [3] - 3:6, 12:11,
19:25
**correct** [10] - 2:23,
4:2, 9:14, 12:2, 15:2,
15:4, 23:12, 28:12,
32:2, 32:6
**corrections** [2] -
30:22, 30:24
**corresponds** [1] -
18:12
**counsel** [5] - 2:8,
2:23, 7:21, 10:19,
12:18
**Count** [4] - 13:19,
28:24, 29:14, 30:12
**count** [1] - 24:17
**country** [1] - 6:5
**counts** [1] - 18:9
**course** [2] - 30:19,

30:23
**court** [3] - 12:7, 30:10,
32:3
**Court** [12] - 1:24, 1:24,
2:1, 2:2, 3:9, 4:6,
9:9, 17:10, 25:14,
26:3, 31:23, 33:9
**COURT** [130] - 1:1,
2:5, 2:12, 2:17, 2:20,
2:22, 3:1, 3:6, 3:11,
3:19, 3:25, 4:4, 4:19,
5:3, 5:11, 5:14, 5:17,
5:19, 5:21, 5:23,
5:25, 6:2, 6:4, 6:7,
6:9, 6:14, 6:17, 6:20,
6:24, 7:3, 7:7, 7:10,
7:13, 7:16, 7:19, 8:3,
8:9, 8:12, 8:17, 8:20,
8:23, 9:2, 9:16, 10:6,
10:9, 10:12, 10:14,
10:16, 10:22, 10:25,
11:2, 11:7, 11:12,
11:15, 11:18, 11:22,
11:25, 12:4, 12:7,
12:11, 12:17, 12:20,
13:1, 13:5, 13:9,
13:12, 14:4, 14:7,
14:20, 15:2, 15:5,
15:10, 15:25, 16:10,
17:3, 17:14, 17:23,
18:3, 18:6, 18:17,
19:3, 19:10, 19:22,
20:5, 20:7, 20:9,
20:13, 20:16, 20:19,
20:22, 21:5, 21:21,
22:2, 22:4, 22:10,
23:2, 23:5, 23:8,
23:17, 23:19, 23:23,
24:1, 24:4, 24:7,
24:9, 24:11, 25:13,
25:20, 25:22, 25:24,
26:2, 28:6, 28:9,
28:12, 28:15, 28:19,
28:22, 29:5, 29:8,
29:11, 29:14, 29:17,
29:20, 29:23, 31:8,
31:21, 31:25, 32:7,
32:11, 32:13
**Court's** [1] - 8:24
**COURTROOM** [7] -
2:2, 10:23, 11:1,
11:11, 31:6, 32:6,
32:16
**Covid** [1] - 9:8
**Covid-19** [1] - 33:5
**criminal** [3] - 18:10,
24:16
**cross** [1] - 16:25
**cross-examine** [1] -
16:25

**CRR** [2] - 1:23, 33:9

### D

**date** [1] - 31:5
**Davie** [1] - 1:5
**days** [1] - 30:13
**decide** [1] - 19:5
**decides** [1] - 18:25
**decision** [3] - 8:18,
10:16, 31:17
**defeated** [1] - 28:1
**defendant** [27] - 3:1,
7:20, 7:21, 9:3, 9:12,
11:15, 20:17, 26:11,
26:16, 26:18, 26:19,
26:21, 26:24, 27:5,
27:6, 27:9, 27:12,
27:15, 27:18, 27:21,
28:1, 29:23, 29:25,
30:4, 30:11, 32:11
**DEFENDANT** [82] -
1:19, 2:21, 2:24,
3:18, 3:24, 4:3, 4:18,
5:2, 5:10, 5:13, 5:16,
5:18, 5:20, 5:22,
5:24, 6:1, 6:3, 6:6,
6:8, 6:11, 6:16, 6:19,
6:23, 7:2, 7:6, 7:9,
7:12, 8:2, 8:8, 8:11,
8:16, 10:5, 10:8,
10:11, 12:3, 12:6,
12:10, 12:16, 12:19,
12:25, 13:4, 13:8,
13:11, 14:3, 14:19,
15:1, 15:9, 15:24,
16:9, 17:2, 17:13,
17:22, 18:2, 18:5,
18:16, 19:2, 19:9,
19:21, 20:4, 20:12,
20:15, 20:21, 21:4,
22:1, 22:3, 22:9,
23:1, 23:16, 23:18,
23:22, 23:25, 24:3,
24:6, 25:12, 25:19,
26:1, 28:8, 28:11,
28:14, 29:4, 29:7,
29:16
**defendant's** [1] - 9:18
**defense** [3] - 8:20,
17:7, 17:9
**defenses** [1] - 13:1
**DEL** [2] - 1:16, 32:9
**Del** [3] - 2:10, 11:4,
32:8
**delayed** [2] - 9:10,
9:13
**demand** [1] - 16:15
**departing** [1] - 27:11
**DEPUTY** [7] - 2:2,

10:23, 11:1, 11:11,
31:6, 32:6, 32:16
**described** [1] - 25:6
**designated** [2] - 26:9,
26:12
**destination** [1] - 26:17
**determined** [2] -
22:21, 22:23
**different** [4] - 6:12,
6:13, 27:18
**difficulties** [1] - 11:8
**direct** [1] - 3:11
**discovery** [1] - 12:21
**discuss** [5] - 12:18,
13:1, 20:11, 22:8,
29:5
**discussed** [2] - 8:13,
17:24
**discussions** [1] -
19:12
**District** [4] - 1:24, 2:2,
2:3, 33:9
**DISTRICT** [2] - 1:1, 1:1
**district** [1] - 30:10
**DIVISION** [1] - 1:2
**document** [4] - 12:12,
25:13, 25:16, 25:17
**done** [2] - 31:15,
31:16
**Donna** [3] - 10:22,
31:5, 32:2
**doubt** [3] - 16:19,
24:15, 24:19
**DOUGLAS** [1] - 1:16
**Drive** [1] - 1:20
**drug** [1] - 6:21
**drugs** [1] - 6:18
**Dujanah** [1] - 5:16
**Dujanah,"** [1] - 1:8
**during** [4] - 4:25, 17:5,
25:4, 27:20, 33:5

### E

**either** [4] - 21:13,
22:18, 23:20, 23:24
**elect** [1] - 24:21
**elements** [4] - 24:18,
24:20, 25:10, 30:3
**embarrassed** [1] - 5:4
**Emir** [1] - 27:23
**end** [2] - 18:24, 23:10
**engaged** [3] - 25:5,
26:13, 26:14
**engages** [2] - 26:13,
26:14
**English** [1] - 26:25
**enter** [2] - 26:20,
30:13
**entered** [1] - 30:5

10:23, 11:1, 11:11,
31:6, 32:6, 32:16
**entering** [2] - 24:4,
29:25
**entire** [1] - 23:11
**entitled** [1] - 33:4
**equivalent** [1] - 9:1
**ESQ** [1] - 1:19
**essential** [1] - 30:3
**eventually** [1] - 26:19
**evidence** [6] - 12:22,
24:14, 26:5, 26:6,
26:15
**examine** [1] - 16:25
**example** [1] - 15:17
**expected** [1] - 19:11

### F

**fact** [4] - 17:8, 21:8,
24:5, 30:3
**factors** [2] - 18:11,
19:4
**facts** [3] - 4:14, 28:16,
28:23
**factual** [4] - 3:12,
25:15, 25:25, 28:4
**fair** [1] - 19:15
**false** [2] - 3:20, 3:22
**family** [1] - 26:16
**far** [2] - 6:7, 9:5
**FDC** [4] - 6:21, 10:22,
10:24, 11:16
**felony** [5] - 15:11,
15:12, 15:16, 15:22
**few** [3] - 7:25, 12:4,
15:11
**file** [1] - 3:12
**filed** [2] - 3:9, 26:3
**files** [1] - 22:18
**filing** [1] - 13:2
**final** [2] - 21:12, 23:11
**finally** [1] - 4:14
**fine** [1] - 13:24
**finishes** [1] - 19:5
**firearm** [1] - 15:20
**fired** [3] - 27:12,
27:16, 27:18
**firing** [1] - 28:2
**first** [8] - 4:5, 4:8,
9:21, 15:14, 16:13,
20:22, 21:10, 24:23
**fit** [1] - 30:23
**five** [3] - 13:22, 19:17
**five-year** [1] - 19:17
**Floor** [1] - 1:17
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:5, 1:18,
1:21, 1:25, 2:3,
33:10
**followed** [1] - 13:23
**force** [1] - 27:19

**forces** [3] - 27:13, 27:17, 28:3
**foregoing** [1] - 33:2
**foreign** [4] - 13:21, 26:9, 26:12, 28:25
**forfeit** [1] - 14:23
**forfeiture** [6] - 14:1, 14:21, 14:22, 14:25, 15:3
**formal** [1] - 12:12
**forward** [1] - 12:12
**fought** [1] - 28:2
**four** [8] - 6:8, 6:11, 8:25, 22:5, 22:6, 24:20, 25:7
**four-and-one** [3] - 6:8, 6:11, 8:25
**FPR** [2] - 1:23, 33:9
**frame** [1] - 32:4
**freely** [1] - 30:4
**Ft** [1] - 1:21
**full** [1] - 5:11
**fully** [3] - 20:20, 23:9, 29:24

# G

**generally** [1] - 18:14
**Gharanij** [2] - 27:15, 27:20
**given** [4] - 9:8, 14:10, 18:9, 18:11
**GLENDA** [2] - 1:23, 33:9
**Glenda** [2] - 3:1, 33:7
**God** [1] - 3:17
**GOVERNMENT** [1] - 1:16
**Government** [17] - 9:7, 12:22, 13:25, 14:4, 14:22, 15:3, 15:5, 16:18, 17:10, 20:24, 22:18, 23:12, 24:13, 24:18, 28:23, 29:11, 31:18
**Government's** [2] - 26:5, 28:4
**grade** [1] - 9:1
**grenade** [1] - 27:3
**ground** [1] - 27:13
**guideline** [5] - 18:22, 19:8, 19:14, 22:21, 22:24
**guidelines** [4] - 18:4, 18:7, 18:8, 19:3
**guilt** [1] - 16:19
**guilty** [33] - 4:1, 4:12, 13:19, 15:6, 15:7, 15:10, 15:16, 15:25, 16:7, 16:12, 16:14,

16:15, 17:17, 17:19, 17:23, 18:9, 18:17, 19:18, 21:14, 22:13, 23:20, 24:1, 24:5, 29:15, 29:16, 30:1, 30:5, 30:10, 30:11
**gun** [1] - 27:2

# H

**hand** [1] - 3:16
**handle** [1] - 9:25
**hear** [4] - 2:20, 2:21, 16:24, 28:9
**heard** [2] - 30:25, 31:1
**hearing** [20] - 3:14, 4:7, 4:17, 5:1, 7:1, 7:5, 8:15, 9:9, 9:13, 9:22, 10:4, 10:7, 10:10, 10:17, 10:21, 11:3, 16:3, 19:23, 21:19, 29:1
**help** [3] - 3:17, 11:14, 11:16
**hereby** [1] - 33:2
**higher** [2] - 19:8, 19:10
**history** [1] - 18:10
**hold** [4] - 15:18, 15:21, 17:10, 17:11
**Honor** [32] - 2:9, 2:13, 2:25, 3:5, 3:10, 7:15, 7:18, 8:24, 9:15, 10:15, 11:4, 11:9, 14:6, 15:4, 20:6, 20:8, 23:4, 23:7, 24:8, 25:21, 26:6, 28:5, 28:17, 28:21, 29:10, 29:13, 29:19, 29:22, 31:20, 32:9, 32:10, 32:12
**HONORABLE** [1] - 1:12
**Honorable** [1] - 2:3
**hopeful** [1] - 31:11
**hours** [1] - 7:8
**house** [2] - 27:10, 27:14
**HURSEY** [23] - 1:19, 2:13, 2:19, 2:25, 3:5, 7:15, 8:19, 8:22, 9:15, 10:13, 20:6, 20:18, 23:7, 24:10, 25:23, 28:17, 28:21, 29:10, 29:19, 31:22, 32:5, 32:12, 32:15
**Hursey** [31] - 1:20, 2:14, 3:2, 3:4, 4:20, 7:13, 7:23, 8:9, 8:14, 8:17, 9:5, 9:14, 10:6,

10:12, 12:21, 13:2, 13:6, 16:25, 18:3, 19:12, 20:5, 20:11, 20:16, 23:5, 24:9, 25:22, 28:15, 29:8, 29:17, 30:19, 31:21

# I

**Idari** [1] - 27:21
**idea** [2] - 19:14, 31:23
**identify** [1] - 31:25
**illness** [1] - 6:18
**Immigration** [1] - 26:11
**impact** [1] - 7:4
**impediment** [1] - 30:7
**important** [2] - 20:23, 30:18
**impose** [1] - 19:10
**imprisonment** [1] - 13:23
**in-person** [1] - 8:14
**inaudible** [1] - 23:16
**Inaudible)** [1] - 22:1, 28:8
**incarceration** [2] - 14:10, 18:14
**included** [1] - 26:25
**including** [2] - 13:2, 27:1
**independent** [1] - 30:2
**indicated** [1] - 3:2
**influence** [1] - 6:20
**information** [5] - 12:11, 12:14, 13:19, 25:6, 26:8
**informed** [2] - 23:9, 29:25
**innocent** [1] - 16:17
**inside** [1] - 27:10
**insist** [2] - 8:6, 31:15
**instead** [1] - 8:15
**intelligent** [1] - 29:24
**intelligently** [1] - 30:5
**intended** [1] - 26:17
**interest** [2] - 8:18, 9:18
**interpreter** [1] - 3:4
**interruption** [2] - 10:21, 21:19
**investigation** [1] - 21:17
**Iraq** [1] - 26:8
**IRIS** [1] - 27:5
**irrespective** [1] - 17:16
**ISIS** [14] - 26:9, 26:11, 26:12, 26:13, 26:22, 26:24, 27:9, 27:13,

27:16, 27:17, 27:22, 27:25, 28:1, 28:2
**Islamic** [1] - 26:8
**issue** [1] - 7:4
**issues** [1] - 9:4

# J

**JACQUELINE** [1] - 1:12
**Jacqueline** [1] - 2:4
**JIHAD** [1] - 1:7
**Jihad** [3] - 2:7, 2:14, 5:13
**joined** [2] - 25:3, 27:6
**Jonathan** [1] - 2:10
**JONATHAN** [1] - 1:16
**judge** [1] - 9:24
**Judge** [31] - 2:3, 8:19, 8:22, 9:23, 9:24, 10:13, 11:11, 13:14, 14:11, 14:15, 15:15, 16:1, 16:2, 16:4, 18:13, 18:19, 18:25, 19:4, 19:17, 20:18, 21:1, 21:12, 22:19, 24:10, 25:23, 30:16, 31:6, 31:22, 32:5, 32:6, 32:15
**JUDGE** [1] - 1:13
**judgment** [1] - 19:13
**July** [4] - 26:20, 31:6, 31:8, 31:10
**jury** [4] - 15:19, 16:16, 17:11, 17:17
**jury's** [1] - 17:18

# K

**katibah** [1] - 27:6
**keep** [1] - 11:22
**kind** [7] - 6:17, 6:20, 6:25, 7:3, 15:20, 21:23, 30:7
**King** [19] - 9:23, 9:24, 13:14, 14:11, 14:15, 15:15, 16:1, 16:2, 16:4, 18:13, 18:19, 18:25, 19:4, 19:17, 21:1, 21:12, 22:19, 30:16, 31:12
**knowing** [4] - 9:19, 10:17, 23:8, 30:2
**knowingly** [1] - 25:5
**known** [1] - 5:14
**knows** [1] - 16:3

# L

**laptops** [1] - 27:10

**last** [3] - 7:7, 20:2, 27:25
**Lauderdale** [1] - 1:21
**launcher** [1] - 27:3
**law** [2] - 4:4, 11:9
**lawyer** [10] - 4:20, 4:24, 4:25, 12:2, 12:5, 12:15, 16:20, 22:8, 29:6, 30:9
**leader** [1] - 27:23
**least** [1] - 25:5
**leave** [1] - 11:5
**left** [1] - 27:10
**legal** [1] - 13:2
**lengthy** [1] - 18:19
**licenses** [1] - 27:1
**likely** [1] - 19:13
**likewise** [1] - 5:3
**line** [1] - 11:20
**listed** [1] - 25:6
**lived** [1] - 26:21
**living** [1] - 27:20
**local** [1] - 27:17
**look** [2] - 12:14, 12:23
**looking** [1] - 19:5
**lose** [5] - 10:22, 15:17, 15:18, 15:19, 15:22
**lost** [3] - 11:15, 11:25, 12:1

# M

**ma'am** [52] - 2:21, 3:18, 3:24, 4:3, 4:18, 5:2, 5:10, 7:6, 8:2, 8:8, 8:16, 10:5, 10:11, 11:14, 11:17, 11:23, 12:6, 12:10, 12:19, 12:25, 13:4, 14:3, 14:19, 15:1, 15:9, 15:24, 16:9, 17:2, 17:13, 17:22, 18:2, 18:16, 19:2, 19:9, 19:21, 20:4, 20:12, 20:15, 20:21, 21:4, 22:3, 22:9, 23:1, 23:22, 23:25, 25:12, 25:19, 26:1, 28:11, 28:14, 29:4, 29:7
**machine** [1] - 27:2
**MAGISTRATE** [1] - 1:13
**Magistrate** [1] - 2:3
**manager** [1] - 27:21
**Manbij** [1] - 26:21
**March** [3] - 26:15, 26:20, 27:25
**MARSHAL** [4] - 11:14, 11:17, 11:20, 11:23

**material** [4] - 13:20, 24:25, 26:7, 28:24
**matter** [3] - 9:25, 15:15, 33:4
**maximum** [8] - 13:12, 13:16, 13:22, 14:2, 14:8, 16:1, 16:6, 22:19
**mean** [3] - 11:7, 15:17, 31:25
**medication** [2] - 6:21, 7:7
**mental** [3] - 6:18, 7:4, 30:7
**mentioned** [5] - 13:14, 14:7, 22:10, 24:12, 30:15
**MIAMI** [1] - 1:2
**Miami** [5] - 1:18, 1:25, 1:25, 33:10, 33:10
**MICHAEL** [1] - 1:19
**Michael** [2] - 1:20, 2:14
**might** [5] - 7:1, 11:18, 19:14, 19:15, 31:23
**military** [2] - 26:24, 27:5
**minute** [1] - 11:25
**misconduct** [1] - 21:23
**mission** [1] - 27:9
**modify** [1] - 31:18
**MOHAMMED** [1] - 1:7
**Mohammed** [2] - 2:7, 5:13
**moment** [1] - 4:21
**motion** [2] - 31:18, 31:21
**motions** [1] - 13:3
**move** [1] - 9:12
**MR** [41] - 2:9, 2:13, 2:19, 2:25, 3:5, 3:10, 7:15, 7:18, 8:19, 8:22, 8:24, 9:15, 10:13, 10:15, 11:4, 11:9, 14:6, 15:4, 20:6, 20:8, 20:18, 23:4, 23:7, 24:8, 24:10, 25:21, 25:23, 26:6, 28:17, 28:21, 29:10, 29:13, 29:19, 29:22, 31:20, 31:22, 32:5, 32:9, 32:10, 32:12, 32:15
**Murphy's** [1] - 11:9
**must** [1] - 19:4

## N

**N.E** [1] - 1:17

**name** [3] - 5:12, 5:14, 5:17
**Nationality** [1] - 26:11
**nature** [1] - 29:25
**necessary** [1] - 16:21
**need** [5] - 3:4, 5:8, 11:16, 13:16, 15:11
**needs** [1] - 12:8
**New** [1] - 6:1
**next** [3] - 11:3, 18:18, 32:1
**nine** [1] - 22:5
**NO** [1] - 1:3
**nobody** [1] - 16:3
**none** [2] - 8:22, 10:13
**North** [2] - 1:25, 33:10
**note** [1] - 9:3
**noted** [1] - 14:20
**nothing** [1] - 3:16
**notified** [1] - 32:3
**November** [5] - 26:23, 27:4, 27:24
**Number** [1] - 2:6
**number** [4] - 4:6, 18:8, 18:11, 18:12

## O

**oath** [1] - 3:20
**object** [2] - 18:23, 30:22
**objection** [5] - 8:20, 9:7, 10:12, 10:14, 28:16
**objections** [1] - 30:13
**observations** [1] - 7:19
**obviously** [1] - 9:4
**OF** [5] - 1:1, 1:4, 1:11, 1:16, 1:19
**offense** [2] - 25:11, 30:3
**offers** [1] - 20:16
**office** [3] - 15:19, 18:24, 31:23
**Office** [5] - 1:17, 3:12, 18:18, 30:15, 31:3
**Officer** [1] - 10:24
**officer** [3] - 10:25, 14:14, 32:1
**Official** [1] - 1:24
**old** [1] - 5:19
**omitted** [2] - 29:9, 29:11
**ON** [2] - 1:16, 1:19
**once** [1] - 30:21
**one** [14] - 6:8, 6:11, 8:25, 14:7, 15:15, 16:18, 18:21, 19:3, 21:7, 23:10, 23:18,

24:11, 25:4, 25:5
**operation** [1] - 27:1
**opportunity** [7] - 12:14, 12:20, 12:23, 20:10, 30:25, 31:1, 31:15
**opposed** [1] - 27:17
**options** [1] - 4:11
**order** [4] - 2:1, 3:7, 14:22, 25:14
**ordered** [1] - 14:22
**orders** [1] - 9:9
**organization** [5] - 13:21, 25:1, 26:10, 26:12, 28:25
**otherwise** [1] - 22:24
**outlined** [1] - 12:12
**outside** [1] - 27:13
**overt** [2] - 25:5, 25:7

## P

**p.m** [4] - 1:8, 1:8, 32:17
**PA** [1] - 1:20
**page** [7] - 20:1, 20:2, 21:10, 22:5, 25:16, 25:18
**Pages** [1] - 1:9
**pandemic** [2] - 8:5, 9:8
**paragraph** [4] - 21:11, 22:5, 23:11
**part** [1] - 29:1
**participated** [1] - 28:13
**parties** [1] - 30:13
**pause** [3] - 11:13, 11:24, 21:20
**penalties** [4] - 13:13, 13:16, 14:8, 22:20
**penalty** [4] - 13:22, 14:2, 16:2, 16:6
**period** [3] - 14:11, 14:12, 19:17
**perjury** [1] - 3:22
**permission** [1] - 4:5
**persist** [1] - 16:13
**person** [4] - 8:6, 8:13, 8:14, 31:15
**persons** [1] - 24:23
**physical** [1] - 7:3
**physician** [1] - 6:25
**PKC** [1] - 27:2
**plan** [2] - 24:25, 25:2
**play** [1] - 11:9
**PLEA** [1] - 1:11
**plea** [47] - 2:23, 3:3, 3:6, 3:12, 4:1, 4:5, 4:12, 4:15, 4:21,

9:10, 10:1, 13:18, 14:20, 15:6, 15:12, 16:7, 16:14, 16:15, 17:14, 17:16, 17:23, 18:17, 19:18, 19:24, 19:25, 20:1, 20:2, 20:10, 20:14, 20:20, 21:6, 23:10, 24:4, 28:20, 29:2, 29:3, 29:6, 29:18, 29:21, 29:25, 30:1, 30:2, 30:5, 30:6, 30:11
**plead** [7] - 13:19, 16:14, 17:19, 22:13, 23:20, 24:1, 29:14
**pleading** [8] - 9:17, 15:7, 15:10, 15:16, 15:25, 16:12, 17:23, 18:9
**pled** [1] - 21:14
**point** [2] - 21:13, 27:20
**points** [3] - 18:8, 21:12, 21:13
**possess** [1] - 15:20
**possible** [2] - 13:1, 15:14
**potential** [1] - 15:6
**POWERS** [2] - 1:23, 33:9
**Powers** [1] - 33:7
**preparation** [3] - 21:16, 30:19, 31:4
**prepare** [3] - 18:19, 30:12, 30:16
**prepared** [1] - 30:21
**present** [1] - 2:14
**presentence** [1] - 21:17
**presiding** [1] - 2:4
**presumed** [1] - 16:17
**pretrial** [1] - 14:14
**pretty** [2] - 18:19, 32:1
**prison** [1] - 14:18
**Probation** [3] - 18:18, 30:16, 31:3
**probation** [8] - 18:23, 21:16, 21:22, 21:24, 30:18, 30:23, 31:23, 32:1
**proceed** [7] - 4:9, 7:22, 8:1, 8:4, 8:15, 9:7, 9:19
**proceeding** [3] - 2:15, 7:24, 8:21
**proceedings** [6] - 11:13, 11:24, 16:21, 21:20, 32:17, 33:4
**professional** [1] - 15:21

**proffer** [4] - 3:12, 25:15, 25:25, 28:4
**promised** [1] - 23:19
**promises** [1] - 30:5
**propelled** [1] - 27:2
**properly** [1] - 9:18
**property** [1] - 14:23
**prosecution** [1] - 3:21
**prove** [5] - 16:18, 24:14, 24:19, 24:21, 24:23
**provide** [3] - 13:20, 24:25, 28:24
**provided** [4] - 3:7, 12:22, 13:10, 25:14
**provision** [2] - 21:7, 21:10
**provisions** [1] - 21:9
**psychiatrist** [1] - 6:25
**public** [1] - 15:19
**purpose** [1] - 25:8
**pursuant** [3] - 3:7, 25:14, 26:10
**put** [2] - 17:7, 17:8

## Q

**questions** [11] - 3:13, 4:16, 5:9, 7:20, 7:25, 9:5, 10:18, 12:5, 13:5, 20:13, 20:25
**quickly** [1] - 32:1

## R

**raise** [1] - 3:15
**ran** [1] - 26:19
**range** [7] - 18:13, 18:22, 18:25, 19:6, 19:8, 22:21, 22:24
**rather** [1] - 7:24
**read** [4] - 20:10, 21:5, 25:25, 28:16
**reading** [2] - 6:15, 9:4
**ready** [2] - 29:2, 29:3
**really** [1] - 15:15
**reason** [2] - 4:25, 29:20
**reasonable** [3] - 16:19, 24:15, 24:19
**receive** [1] - 12:11
**received** [3] - 3:6, 3:9, 19:19
**recommend** [4] - 19:7, 21:11, 21:24, 30:10
**recommendation** [3] - 18:22, 30:12, 30:14
**recommendations** [1] - 30:24
**recommended** [2] -

18:13, 18:25
**record** [6] - 2:8, 5:12, 9:3, 9:6, 26:4, 32:3
**reduced** [1] - 21:13
**reduction** [1] - 21:25
**refer** [1] - 31:3
**referred** [1] - 9:25
**related** [1] - 16:22
**release** [5] - 13:23, 14:8, 14:9, 14:11, 31:19
**released** [1] - 14:13
**relevant** [1] - 26:7
**religious** [2] - 26:24, 27:5
**remain** [2] - 17:5, 17:8
**repeat** [3] - 22:2, 23:17, 28:10
**rephrase** [2] - 5:6, 5:8
**report** [12] - 14:14, 18:19, 18:21, 21:17, 30:12, 30:14, 30:16, 30:17, 30:19, 30:21, 31:4
**REPORTED** [1] - 1:23
**Reporter** [1] - 1:24
**reporter's** [1] - 12:8
**representation** [1] - 13:9
**represented** [1] - 10:20
**resources** [1] - 13:20
**respect** [7] - 3:8, 8:21, 9:17, 15:12, 16:4, 19:23, 30:25
**result** [1] - 16:11
**retrieve** [1] - 27:9
**review** [2] - 12:20, 13:12
**reviewed** [2] - 20:1, 21:6
**RICK** [1] - 1:16
**Rick** [1] - 2:10
**rifle** [2] - 27:2, 27:12
**rights** [10] - 4:13, 15:17, 16:11, 17:15, 17:24, 17:25, 19:22, 22:6, 24:13
**risk** [1] - 16:1
**rocket** [1] - 27:2
**rocket-propelled** [1] - 27:2
**RPR** [2] - 1:23, 33:9

## S

**safe** [2] - 32:14, 32:15
**satisfaction** [1] - 13:7
**satisfied** [4] - 8:17, 9:17, 29:17, 30:9

**scale** [1] - 18:8
**Scheduled** [1] - 1:8
**school** [2] - 6:7, 6:12
**Secretary** [1] - 26:9
**Section** [1] - 26:10
**see** [7] - 10:25, 12:1, 13:18, 16:24, 25:18, 30:23, 32:3
**seek** [1] - 13:18
**seeking** [2] - 13:25, 15:3
**sentence** [20] - 9:24, 13:15, 15:14, 16:1, 16:3, 16:4, 19:6, 19:7, 19:10, 19:13, 19:15, 19:19, 21:25, 22:14, 22:17, 22:25, 31:13
**sentenced** [1] - 22:19
**sentences** [4] - 15:16, 16:6, 19:17, 22:20
**sentencing** [16] - 9:12, 10:2, 13:14, 16:8, 18:4, 18:7, 18:22, 19:3, 19:14, 19:23, 21:12, 30:17, 31:2, 31:5, 31:10
**September** [2] - 26:23, 27:4
**series** [2] - 4:16, 10:18
**serve** [1] - 15:19
**services** [1] - 14:14
**set** [2] - 28:23
**seven** [1] - 20:1
**seven-page** [1] - 20:1
**Sham** [1] - 26:8
**Shamiyah** [2] - 27:8, 27:11
**shared** [1] - 24:24
**shortly** [1] - 26:18
**show** [1] - 26:15
**shown** [3] - 12:23, 26:5, 26:7
**sign** [3] - 23:20, 24:1, 25:17
**signature** [6] - 20:2, 20:5, 20:7, 25:17, 25:20, 25:22
**signed** [2] - 3:6, 20:11
**silent** [2] - 17:5, 17:8
**simply** [2] - 19:18, 21:2
**six** [1] - 21:11
**sixth** [1] - 9:1
**so..** [1] - 11:19
**sorry** [4] - 6:9, 22:2, 23:17, 28:9
**SOUTHERN** [1] - 1:1
**Southern** [1] - 2:3
**speakers** [1] - 26:25

**special** [1] - 13:24
**specific** [1] - 32:4
**stand** [1] - 11:23
**stand-by** [1] - 11:23
**started** [1] - 12:1
**state** [2] - 2:8, 5:11
**State** [2] - 26:8, 26:9
**statement** [2] - 3:22, 21:22
**STATES** [3] - 1:1, 1:4, 1:13
**States** [17] - 1:17, 1:24, 2:2, 2:6, 2:11, 5:25, 6:2, 8:23, 9:1, 9:12, 14:24, 15:22, 21:3, 21:11, 23:15, 32:8, 33:9
**statute** [1] - 15:7
**stay** [2] - 32:14, 32:15
**STENOGRAPHICALLY** [1] - 1:23
**still** [5] - 2:17, 4:22, 6:2, 22:14, 26:3
**STRATTON** [19] - 1:16, 2:9, 3:10, 7:18, 8:24, 10:15, 11:4, 11:9, 14:6, 15:4, 20:8, 23:4, 24:8, 25:21, 26:6, 29:13, 29:22, 31:20, 32:10
**Stratton** [17] - 2:10, 3:8, 7:16, 8:23, 10:14, 11:2, 14:5, 15:2, 20:7, 23:2, 24:7, 25:20, 26:4, 28:7, 28:16, 29:20, 32:7
**street** [1] - 27:13
**Street** [1] - 1:17
**stronghold** [1] - 28:1
**subsequent** [1] - 12:15
**sufficient** [2] - 28:19, 28:23
**suitcase** [2] - 27:10, 27:12
**Suite** [1] - 1:21
**summarize** [1] - 26:4
**summer** [1] - 27:8
**supervised** [4] - 13:23, 14:8, 14:9, 14:11
**supplies** [2] - 27:10, 27:21
**support** [5] - 4:15, 13:20, 24:25, 28:20, 28:24
**supported** [1] - 30:2
**swear** [1] - 3:16
**Syria** [11] - 26:17,

26:20, 26:21, 26:25, 27:8, 27:11, 27:15, 27:21, 27:25, 28:1
**system** [1] - 24:16

## T

**Tabqa** [1] - 26:25
**technical** [1] - 11:8
**Technological** [2] - 10:21, 21:19
**term** [2] - 14:10, 14:11
**terrorism** [1] - 26:14
**terrorist** [6] - 13:21, 24:25, 26:10, 26:12, 26:13, 28:25
**testify** [4] - 16:24, 17:4, 17:6, 17:9
**testimony** [1] - 16:24
**THE** [215] - 1:12, 2:5, 2:12, 2:17, 2:20, 2:21, 2:22, 2:24, 3:1, 3:6, 3:11, 3:18, 3:19, 3:24, 3:25, 4:3, 4:4, 4:18, 4:19, 5:2, 5:3, 5:10, 5:11, 5:13, 5:14, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:25, 6:1, 6:2, 6:3, 6:4, 6:6, 6:7, 6:8, 6:9, 6:11, 6:14, 6:16, 6:17, 6:19, 6:20, 6:23, 6:24, 7:2, 7:3, 7:6, 7:7, 7:9, 7:10, 7:12, 7:13, 7:16, 7:19, 8:2, 8:3, 8:8, 8:9, 8:11, 8:12, 8:16, 8:17, 8:20, 8:23, 9:2, 9:16, 10:5, 10:6, 10:8, 10:9, 10:11, 10:12, 10:14, 10:16, 10:22, 10:25, 11:2, 11:7, 11:12, 11:14, 11:15, 11:17, 11:18, 11:20, 11:22, 11:23, 11:25, 12:3, 12:4, 12:6, 12:7, 12:10, 12:11, 12:16, 12:17, 12:19, 12:20, 12:25, 13:1, 13:4, 13:5, 13:8, 13:9, 13:11, 13:12, 14:3, 14:4, 14:7, 14:19, 14:20, 15:1, 15:2, 15:5, 15:9, 15:10, 15:24, 15:25, 16:9, 16:10, 17:2, 17:3, 17:13, 17:14, 17:22, 17:23, 18:2, 18:3,

18:5, 18:6, 18:16, 18:17, 19:2, 19:3, 19:9, 19:10, 19:21, 19:22, 20:4, 20:5, 20:7, 20:9, 20:12, 20:13, 20:15, 20:16, 20:19, 20:21, 20:22, 21:4, 21:5, 21:21, 22:1, 22:2, 22:3, 22:4, 22:9, 22:10, 23:1, 23:2, 23:5, 23:8, 23:16, 23:17, 23:18, 23:19, 23:22, 23:23, 23:25, 24:1, 24:3, 24:4, 24:6, 24:7, 24:9, 24:11, 25:12, 25:13, 25:19, 25:20, 25:22, 25:24, 26:1, 26:2, 28:6, 28:8, 28:9, 28:11, 28:12, 28:14, 28:15, 28:19, 28:22, 29:4, 29:5, 29:7, 29:8, 29:11, 29:14, 29:16, 29:17, 29:20, 29:23, 31:8, 31:21, 31:25, 32:7, 32:11, 32:13
**thereafter** [2] - 27:11, 27:24
**therefore** [2] - 9:11, 28:22
**thinking** [1] - 7:10
**threatened** [1] - 23:23
**threats** [1] - 30:6
**three** [6] - 13:23, 21:10, 21:13, 25:4, 25:16, 25:18
**three-page** [1] - 25:16
**Tobago** [1] - 26:16
**today** [7] - 2:22, 3:9, 3:23, 3:25, 4:16, 9:20, 9:25
**today's** [2] - 4:16, 4:21
**together** [1] - 28:17
**TORO** [2] - 1:16, 32:9
**Toro** [3] - 2:10, 11:4, 32:8
**training** [4] - 26:22, 26:24, 27:1, 27:6
**transcription** [1] - 33:3
**traveled** [2] - 26:16, 26:18
**treated** [1] - 6:17
**trial** [17] - 12:23, 16:15, 16:16, 16:17, 16:20, 16:21, 16:22, 16:23, 17:5, 17:16, 22:11, 24:13, 24:16, 24:19, 24:21, 24:22,

26:6
**tribe** [1] - 27:17
**Trinidad** [4] - 6:6,
6:11, 8:25, 26:16
**trouble** [2] - 6:9, 6:15
**truth** [2] - 3:16
**truthful** [1] - 21:22
**try** [1] - 24:24
**trying** [4] - 8:4, 11:20,
11:21, 11:22
**Tuesday** [1] - 1:6
**Turkey** [2] - 26:19,
26:20
**Turkey-Syria** [1] -
26:20
**two** [5] - 21:9, 21:13,
24:23, 25:2, 32:2
**type** [1] - 12:9
**typically** [3] - 22:14,
32:2

## U

**U.S** [3] - 14:5, 18:18,
27:19
**U.S.-led** [2] - 27:16,
28:2
**ultimate** [1] - 26:17
**under** [5] - 3:20, 4:4,
6:20, 6:24, 15:7
**unhappy** [2] - 16:5,
19:19
**UNITED** [3] - 1:1, 1:4,
1:13
**united** [1] - 1:24
**United** [16] - 1:17, 2:2,
2:6, 2:11, 5:25, 6:2,
8:23, 9:1, 9:12,
14:24, 15:22, 21:3,
21:11, 23:14, 32:8,
33:9
**University** [1] - 1:20
**unlawful** [2] - 24:24,
25:2
**up** [4] - 4:13, 12:7,
14:23, 16:11
**upward** [2] - 22:22

## V

**variance** [1] - 22:22
**various** [1] - 27:1
**versus** [1] - 2:7
**via** [1] - 33:4
**VIA** [1] - 1:14
**video** [13] - 2:15, 2:16,
4:9, 4:22, 7:24, 8:1,
8:4, 8:15, 8:21, 9:7,
9:17, 9:19, 12:8
**violate** [1] - 14:17

**visit** [1] - 31:24
**voluntarily** [1] - 30:4
**voluntary** [4] - 9:19,
10:17, 23:9, 30:2
**vote** [1] - 15:18
**vs** [1] - 1:6

## W

**waive** [4] - 8:14, 22:6,
22:16, 31:16
**waived** [3] - 9:18,
17:14, 17:25
**waiver** [6] - 9:19, 22:7,
22:8, 23:2, 23:6,
23:8
**waiving** [1] - 8:10
**wants** [1] - 9:12
**weapon** [3] - 27:16,
27:18, 28:2
**weapons** [1] - 27:1
**whatsoever** [1] - 8:22
**willfully** [1] - 25:2
**wish** [2] - 8:14, 9:13
**withdraw** [1] - 19:18
**witnesses** [3] - 13:2,
16:23, 17:3
**word** [2] - 17:6, 20:10
**works** [2] - 18:14,
24:17
**writing** [3] - 6:15, 9:4,
26:2

## Y

**year** [2] - 15:15, 19:17
**years** [1] - 13:23
**years'** [1] - 13:22
**York** [1] - 6:1
**yourself** [1] - 4:23

## Z

**Zoom** [8] - 2:15, 2:16,
10:21, 21:19, 31:10,
31:14, 31:16, 33:5
**ZOOM** [1] - 1:14

## "

**"Abu** [1] - 1:8